UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X   Case No. 1-18-43991-cec
In Re:

Chapter 13

Toni G. Simons, aka Toni Gretchen Simons

**NOTICE OF APPEARANCE**

        Debtor.
------------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

      **PLEASE TAKE NOTICE,** that the Secured Creditor, Specialized Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1, hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

Dated:  August 3, 2018
       Bay Shore, New York

                                Kozeny & McCubbin, L.C. LLC

                                _/s/ Sabita Hajaree Ramsaran_
                              By: Sabita Hajaree Ramsaran, Esq.
                              Attorney for Movant
                              12400 Olive Blvd, Ste 555
                              St. Louis, MO 63141
                              Phone: (314) 991-0255
                              Fax:  (314) 567-8019
                              nybk@km-law.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No. 1-18-43991-cec

In Re:

                                                 Chapter 13

Toni G. Simons, aka Toni Gretchen Simons

                                             **CERTIFICATE OF SERVICE**

                Debtor.

------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the Notice of Appearance and a copy of these pleadings were mailed by U.S. First Class Mail on August 3, 2018 to the parties listed below:

Norma E. Ortiz, Esq.
Attorney for Debtor
3272 Steinway St.
Ste. 402
Astoria, NY 11103

Toni G. Simons, Debtor
167-24 Foch Blvd
Jamaica, NY 11434

Michael J. Macco, Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749

U.S. Trustee
Office of the U.S. Trustee, Trustee
201 Varick Street, Room 1006
New York, NY 10014

Respectfully submitted,

/s/ Sabita Hajaree Ramsaran
By: Sabita Hajaree Ramsaran, Esq.
Attorney for Movant
12400 Olive Blvd, Ste 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
nybk@km-law.com