**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE:                                           Case No. 18-43991-cec
                                                   Chapter 13

TONI G. SIMONS
AKA TONI GRETCHEN SIMONS

Debtor(s).

## NOTICE OF APPEARANCE

**Deutsche Bank National Trust Company as Trustee for the IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Stacey Weisblatt, Esquire**
**Stern & Eisenberg, PC**
**485 B Route 1 South, Suite 330**
**Woodbridge Corporate Center**
**Iselin, NJ 08830**

                                 By:    */s/ Stacey Weisblatt, Esquire*
                                           Stacey Weisblatt, Esquire
                                           Stern & Eisenberg, PC
                                           485 B Route 1 South, Suite 330
                                           Woodbridge Corporate Center
                                           Iselin, NJ 08830
                                           Phone: (516) 630-0288
                                           Fax: (732) 726-8719
                                           sweisblatt@sterneisenberg.com
                                           Attorney for Creditor

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY, under the penalty of perjury, that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 5th day of October, 2018, to the following:

Norma E Ortiz
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103
email@ortizandortiz.com
***Attorney for Debtor(s)***

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749
ecf@maccosternlaw.com
***Chapter 13 Trustee***

U.S. Trustee
Office of the U.S. Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Toni G. Simons
aka Toni Gretchen Simons
167-24 Foch Blvd
Jamaica, NY 11434
***Debtor(s)***

                                                          By:   */s/Stacey Weisblatt, Esquire*