UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re

TONI G. SIMONS,                                    Case No. 18-43991  (CGM)

                        Debtor.                                    Chapter 13

----------------------------------------------------------X

## DECLARATION OF SERVICE

      I, Norma Ortiz, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On October 5, 2018, I served a copy of the following document(s) to the individuals and entities listed on the annexed service list in the manner indicated:

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 506(a)(1) AND FED. R. BANKR. PROC. 3012 FIXING THE VALUE OF REAL PROPERTY AND RECLASSIFYING CLAIM NO. 2 OF REAL TIME RESOLUTIONS, INC., AS AGENT FOR DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET BACK TRUST SERIES 2006-H3 FROM A SECURED CLAIM TO AN UNSECURED NON-PRIORITY CLAIM**

      I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated:  Astoria, New York
         October 5, 2018

                                                                */s/ Norma Ortiz*
                                                                 Norma Ortiz

**Toni G. Simons, Chapter 13**
Service List

| NAME | METHOD OF SERVICE | NAME | METHOD OF SERVICE |
|---|---|---|---|
| Real Time Resolutions, Inc<br>c/o Rose Velasquez, Senior Analyst<br>1349 Empire Central Dr., Suite 150<br>Dallas, TX 75247 | First Class Mail | Michael J. Macco, Trustee<br>2950 Express Drive South<br>Suite 109<br>Islandia, NY 11749 | First Class Mail |
| Bonial & Associates, P.C.<br>c/o Mary D. Vitartas<br>P.O. Box 9013<br>Addison, TX 75001 | First Class Mail | Citi Bank, N.A.<br>Clarissa Weyant<br>701 E. 60th Street North<br>Sioux Falls, SD 57117 | First Class Mail |
| Weinstein & Riley, P.S.<br>Jordyn Robertson<br>2001 Western Ave., Ste: 400<br>Seattle, WA 98121 | First Class Mail | | |