**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In the matter of:

Reassignment of Certain Cases Pending                    **ADMINISTRATIVE ORDER No. 707**
Before the Honorable Robert E. Grossman

------------------------------------------------------------x


      **WHEREAS**, the United States Court of Appeals for the Second Circuit having

appointed Jil Mazer-Marino a bankruptcy judge in this district, to sit in Brooklyn, New York; it is

      **ORDERED,** that effective November 16, 2020, those cases specified on the annexed

list be and they are hereby reassigned to Bankruptcy Judge Jil Mazer-Marino, along with any related

pending adversary proceedings; and it is further

      **ORDERED,** that the Clerk of Court is directed to take all steps necessary to effectuate

the reassignment of said cases and proceedings.


Dated:  Central Islip, New York
       November 16, 2020

                              *S/ Hon. Alan S. Trust*
                              Honorable Alan S. Trust
                              Chief United States Bankruptcy Judge

| Judge Mazer-Marino | Judge Mazer-Marino, cont….. | Judge Mazer-Marino, cont….. | Judge Mazer-Marino, Cont….. | Judge Mazer-Marino, cont….. | Judge Mazer-Marino, cont….. |
|---|---|---|---|---|---|
| 14-41447 | 17-44800 | 18-43866 | 19-40444 | 19-44281 | 19-47518 |
| 14-45559 | 17-45015 | 18-43990 | 19-40496 | 19-44304 | 19-47607 |
| 15-43098 | 17-45017 | 18-43991 | 19-40623 | 19-44459 | 20-40064 |
| 15-43843 | 17-45080 | 18-44057 | 19-40627 | 19-44606 | 20-40068 |
| 15-44234 | 17-45123 | 18-44192 | 19-40671 | 19-44607 | 20-40122 |
| 15-44614 | 17-45135 | 18-44465 | 19-40708 | 19-44656 | 20-40135 |
| 15-44832 | 17-45143 | 18-44466 | 19-40738 | 19-44815 | 20-40147 |
| 16-40552 | 17-45330 | 18-44502 | 19-40854 | 19-44823 | 20-40195 |
| 16-40831 | 17-45417 | 18-44511 | 19-40890 | 19-44827 | 20-40235 |
| 16-40986 | 17-45443 | 18-44518 | 19-40942 | 19-44867 | 20-40287 |
| 16-41433 | 17-45469 | 18-44595 | 19-41106 | 19-44888 | 20-40305 |
| 16-42045 | 17-45480 | 18-44611 | 19-41124 | 19-44892 | 20-40324 |
| 16-42652 | 17-45566 | 18-44634 | 19-41129 | 19-44900 | 20-40347 |
| 16-43143 | 17-45799 | 18-44652 | 19-41177 | 19-44941 | 20-40388 |
| 16-43232 | 17-45868 | 18-44961 | 19-41186 | 19-44952 | 20-40395 |
| 16-43478 | 17-45961 | 18-45018 | 19-41473 | 19-44953 | 20-40469 |
| 16-43579 | 17-45996 | 18-45019 | 19-41574 | 19-45242 | 20-40619 |
| 16-43702 | 17-46034 | 18-45033 | 19-41600 | 19-45281 | 20-40678 |
| 16-43705 | 17-46047 | 18-45035 | 19-41671 | 19-45286 | 20-40692 |
| 16-44605 | 17-46186 | 18-45052 | 19-41675 | 19-45296 | 20-40699 |
| 16-44609 | 17-46297 | 18-45082 | 19-41676 | 19-45303 | 20-40704 |
| 16-44909 | 17-46306 | 18-45113 | 19-41730 | 19-45329 | 20-40749 |
| 16-44918 | 17-46544 | 18-45170 | 19-41731 | 19-45358 | 20-40755 |
| 16-45540 | 17-46652 | 18-45184 | 19-41766 | 19-45419 | 20-40797 |
| 16-45608 | 17-46799 | 18-45208 | 19-41878 | 19-45421 | 20-40817 |
| 16-45611 | 18-40021 | 18-45229 | 19-41994 | 19-45473 | 20-40838 |
| 16-45615 | 18-40130 | 18-45264 | 19-42063 | 19-45476 | 20-40849 |
| 17-40152 | 18-40211 | 18-45751 | 19-42099 | 19-45508 | 20-40858 |
| 17-40348 | 18-40494 | 18-45773 | 19-42133 | 19-46002 | 20-40863 |
| 17-40887 | 18-40525 | 18-45774 | 19-42156 | 19-46019 | 20-40871 |
| 17-40922 | 18-40580 | 18-45911 | 19-42159 | 19-46118 | 20-40977 |
| 17-40923 | 18-40600 | 18-46045 | 19-42209 | 19-46120 | 20-41038 |
| 17-40929 | 18-40751 | 18-46051 | 19-42241 | 19-46160 | 20-41060 |
| 17-41364 | 18-40757 | 18-46147 | 19-42328 | 19-46184 | 20-41111 |
| 17-41480 | 18-40948 | 18-46207 | 19-42549 | 19-46211 | 20-41170 |
| 17-41535 | 18-40997 | 18-46279 | 19-42568 | 19-46237 | 20-41197 |
| 17-41629 | 18-41009 | 18-46391 | 19-42602 | 19-46273 | 20-41201 |
| 17-42148 | 18-41048 | 18-46418 | 19-42757 | 19-46313 | 20-41202 |
| 17-42316 | 18-41546 | 18-46432 | 19-42871 | 19-46384 | 20-41252 |
| 17-42346 | 18-41618 | 18-46525 | 19-42915 | 19-46429 | 20-41253 |
| 17-42434 | 18-41751 | 18-46531 | 19-43067 | 19-46454 | 20-41254 |
| 17-42440 | 18-41752 | 18-46768 | 19-43071 | 19-46545 | 20-41463 |
| 17-42755 | 18-41819 | 18-46810 | 19-43143 | 19-46593 | 20-41499 |
| 17-42763 | 18-41828 | 18-46814 | 19-43209 | 19-46720 | 20-41579 |
| 17-42764 | 18-41991 | 18-46815 | 19-43214 | 19-46721 | 20-41905 |
| 17-42933 | 18-42011 | 18-46818 | 19-43276 | 19-46799 | 20-41914 |
| 17-42934 | 18-42020 | 18-46941 | 19-43278 | 19-46802 | 20-41942 |
| 17-42955 | 18-42035 | 18-46942 | 19-43330 | 19-46813 | 20-42069 |
| 17-42994 | 18-42073 | 18-46952 | 19-43334 | 19-46840 | 20-42164 |
| 17-43421 | 18-42244 | 18-46963 | 19-43398 | 19-46855 | 20-42168 |
| 17-43457 | 18-42258 | 18-46984 | 19-43436 | 19-46862 | 20-42189 |
| 17-43462 | 18-42285 | 18-46985 | 19-43517 | 19-46900 | 20-42190 |
| 17-43496 | 18-42558 | 18-46990 | 19-43648 | 19-46904 | 20-42480 |
| 17-43977 | 18-42604 | 18-47004 | 19-43673 | 19-46922 | 20-42517 |
| 17-44000 | 18-42785 | 18-47126 | 19-43805 | 19-46952 | 20-42531 |
| 17-44056 | 18-42797 | 18-47192 | 19-43831 | 19-46993 | 20-42615 |
| 17-44181 | 18-42825 | 19-40077 | 19-43861 | 19-47046 | 20-42742 |
| 17-44190 | 18-42868 | 19-40083 | 19-43887 | 19-47052 | 20-42790 |
| 17-44353 | 18-43151 | 19-40146 | 19-44001 | 19-47082 | 20-42917 |
| 17-44385 | 18-43162 | 19-40155 | 19-44108 | 19-47264 | 20-42935 |
| 17-44529 | 18-43281 | 19-40156 | 19-44113 | 19-47268 | 20-42958 |
| 17-44621 | 18-43344 | 19-40159 | 19-44126 | 19-47289 | 20-42998 |
| 17-44651 | 18-43701 | 19-40212 | 19-44176 | 19-47358 | 20-43237 |
| 17-44669 | 18-43743 | 19-40333 | 19-44241 | 19-47455 | 20-43299 |
| 17-44695 | 18-43834 | 19-40334 | 19-44245 | 19-47458 | 20-43312 |
| 17-44730 | 18-43865 | 19-40414 | 19-44260 | 19-47461 | 20-43331 |

| Judge Mazer-Marino, cont….. |
|---|
| 20-43433 |
| 20-43461 |
| 20-43611 |
| 20-43629 |

## REG PENDING ADVERSARY PROCEEDING

| Judge Mazer-Marino |
|---|
| 17-01050 |