| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Toni G. Simons** | Social Security number or ITIN  **xxx–xx–4139** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter **13   7/11/18** |
| Case number:  **1–18–43991–jmm** | |

# NOTICE REASSIGNING CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above captioned case has been reassigned to the Honorable Jil Mazer–Marino, United States Bankruptcy Judge, pursuant to an order dated November 16, 2020.

Please take note of the new case number: 1–18–43991–jmm .

Dated: November 16, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnre7.jsp** [Notice of Reassignment of Chapter 7 Case rev 02/01/17]