ORTIZ & ORTIZ, L.L.P.
35-10 Broadway, Suite 202
Astoria, New York 11106
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz, Esq.
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

TONI G. SIMONS,                                     Case No.: 1-18-43991-jmm

                                                    Chapter 13

                        Debtor.
--------------------------------------------------------x

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF ORTIZ & ORTIZ, L.L.P., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE CHAPTER 13 DEBTOR**

Name of Applicant:                                  Ortiz & Ortiz, L.L.P.

Authorized to Provide Professional Services to:     Toni G. Simons

Period for Which Compensation is sought for:        April 18, 2018- April 26, 2021

Amount of Expense Reimbursement Sought:             $0.00

Amount of Fees Incurred:                            $18,203.50

Fee Award Requested:                                $13,652.63

Blended Hourly Rate:                                Attorney:  $324.78

Prior Award of Compensation:                        $0

Billing Parties:

| Name | Position | Year Admitted | Hourly Rate | Hours Billed | Total Compensation |
|------|----------|---------------|-------------|--------------|--------------------|
| Norma E. Ortiz | Partner | 1988 | $350 | 27.00 | $7,220.50 |
| Martha de Jesus | Associate | 2014 | $300 | 22 | $6,615.00 |
| Nicolas Santacruz Cynthia Narea Athena Gonzales | Paralegal | Not Applicable | $100 | 50.7 | $5,068.00 |

ORTIZ & ORTIZ, L.L.P.
35-10 Broadway, Suite 202
Astoria, New York 11106
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz, Esq.
*Attorneys for the Debtor*

Hearing Date: May 11, 2021
Time:                10:30 am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

TONI G. SIMONS,                                        Case No.: 1-18-43991-jmm

                                                       Chapter 13


                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### NOTICE OF HEARING ON THE FIRST AND FINAL APPLICATION OF ORTIZ & ORTIZ, L.L.P., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS LEGAL COUNSEL TO THE CHAPTER 13 DEBTOR

**PLEASE TAKE NOTICE**, that a **TELEPHONIC** hearing to consider the above captioned Debtor's

Motion for an Order Approving the Final Fee Application for Ortiz & Ortiz, LLP (the "Application") shall be

conducted before the Honorable Jil Mazer-Marino, U.S. Bankruptcy Judge, on May 11, 2021 at 10:30 a.m., in the

United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York

11201, or as soon thereafter as counsel may be heard. The Debtor may request such other and further relief as is

just and equitable. Each Party that intends to participate in a telephonic hearing must email the

Courtroom Deputy at JMM_hearings@nyeb.uscourts.gov at least one business day before the scheduled

hearing and provide the party's name, email address, and telephone number. Instructions for appearing

at the hearing can be found at https://www.nyeb.uscourts.gov/content/judge-jil-mazer-marino.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in

the Application must be made in writing and must be filed with the Clerk of the Bankruptcy

Court electronically at www.nyeb.uscourts.gov. If you do not have the ability to file an objection

electronically, the objection may be filed with the Clerk of the Court by presenting the Clerk with

a copy of the objection saved in .pdf format. A copy of the objection must be provided to (a) the

Chambers of the Honorable Jil Mazer-Marino, (b) Ortiz & Ortiz, LLP, at the address listed

below, and (c) all parties filing Notices of Appearance, so as to be received no later than seven

(7) days prior to the hearing. The objection must comply with the Bankruptcy Rules and the

Local Bankruptcy Rules of the court and must state with particularity the legal and factual bases

for such objection.

Dated: April 26, 2021
      Queens, New York

                           _/s/Norma E. Ortiz_
                           Norma E. Ortiz, Esq.
                           Ortiz & Ortiz, L.L.P.
                           35-10 Broadway, Suite 202 Astoria,
                           New York 11106
                           Tel. (718) 522-1117
                           Fax (718) 596-1302
                           _Attorneys for the Debtor_

ORTIZ & ORTIZ, L.L.P.
35-10 Broadway, Suite 202 Astoria,
New York 11106
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz, Esq.
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

TONI G. SIMONS,                                    Case No.: 1-18-43991-jmm

                                                   Chapter 13

Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ORTIZ & ORTIZ L.L.P AS DEBTOR'S COUNSEL

Pursuant to, among other things, 11 U.S.C. § 331, Fed. R. Bankr. P. 2016, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 331, and Local Bankr. R. 2016-1, Ortiz & Ortiz, L.L.P. (the "O & O") seeks entry of an order approving its request for an award of $13,652.63 for final compensation and no reimbursement of expenses as the above-captioned Debtor's Counsel. In support of its request, O & O states as follows:

### Background

1.      On July 11, 2018 (the "Petition Date"), Toni G. Simons (the "Debtor") filed a

petition for relief under Chapter 13.

2.      On July 11, 2018, Michael J. Macco was appointed as the Chapter 13

Trustee (the "Trustee") in the Debtor's case.

3.      The following narrative summarizes the services rendered by O & O, to the

Trustee in the period commencing April 18, 2018, through April 26, 2021. This narrative is not

intended to be a comprehensive description of all services rendered during this period. For such

description, see the detailed billing statements attached as Exhibit A. The Applicant rendered the

following legal services to the Debtor:

>           a.      Preparation and Filing of Debtor's Petition, statements, schedules and
>                   other legal documents;
>
>           b.      Conferences with the Debtor;
>
>           c.      Preparation and Service of Debtor's Chapter 13 Plan(s);
>
>           d.      Amendments to Debtor's Schedules and Plan;
>
>           e.      Attendance at all court hearings;
>
>           f.      Obtain order reclassifying second mortgage as unsecured claim;
>
>           g.      Prepare and submit four applications for a loan modification; and
>
>           h.      Negotiate Motion to Vacate Order.

4.      All of the professional services were rendered solely in connection with this case

on behalf of the Debtor.

5.      On April 19, 2018, the Debtor and the Applicant entered into a retainer agreement.

The Applicant received a pre-petition payment of $3,500 from the Debtor. Prior to the Petition

Date, my office billed the Debtor $250 for services rendered in anticipation of filing the

bankruptcy case. As a result, the Debtor had a remaining credit balance of $2,940.00 for the work

performed on the Debtor's Chapter 13 case after the Petition Date.  The court's filing fee was

paid from the retainer.

6.     The Applicant's time records for the services performed on behalf of the Debtor by the Applicant's partner, associate, and paralegals from April 18, 2018, through April 26, 2021 is attached as Exhibit A. All time is billed in six minute increments. As set forth therein, the Applicant devoted 101.71 hours to this matter during this period of time, having a value of $20,556.50 at the Applicant's billing rates.

7.      The names of the partner, associate, and paralegals involved in this matter, the time spent by each of them, and their normal billing rates in matters of this type are:

| Name of Professional | Title | Hours | Hourly Rate (Blended) | Fee |
|---|---|---|---|---|
| Norma E. Ortiz | Partner | 27.00 | $350 | $9,460.50 |
| Martha de Jesus | Associate | 22.00 | $300 | $6,615.00 |
| Nicolas Santacruz Cynthia Narea Athena Gonzales | Paralegal | 50.7 | $100 | $5,068.00 |
| | TOTAL | 99.7 | $212.07 | $21,143.50 |
| Expenses Incurred (excluding $310.00 filing fee) | | | | 0.00 |
| Remaining Balance of Pre-petition retainer | | | | $2,940.00 |
| | | | Outstanding Balance | $18,203.50 |

8.     The Applicant's experience indicates that all time actually devoted by its partner, associate, and paralegals with respect to a client's affairs is not always entered in its time records. Occasionally, staff members do not record all of the services rendered on legal matters, such as short conferences and miscellaneous telephone calls. For these reasons, the Court should regard the aggregate of recorded hours reported in the time records attached as Exhibit A to be a conservative compilation of the services rendered to the Debtor.

9.     The Debtor should successfully emerge from her Chapter 13 case.  She has obtained a permanent loan modification and should complete her 36 month plan by July 2021.  The Chapter 13 Trustee is holding $56,276.00 of funds paid into the plan by the Debtor..  If the fees requested herein are awarded, unsecured creditors should receive no less than 73% of the amount of the claims filed.

## **RELIEF REQUESTED**

10.     The Applicant requests an award of fees $13,652.63.  The amount of fees sought includes a voluntary 25% reduction on the outstanding amount of fees incurred by the Debtor. Bankruptcy Code Section 330(a)(4)(B) provides that in a "chapter 13 case in which the debtor is an individual, the court may allow reasonable compensation to the debtor's attorney for representing the interests of the debtor in connection with the bankruptcy case based on a consideration of the benefit and necessity of such services to the debtor and the other factors set forth in this section." Other factors listed in the section include:

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation

charged by comparably skilled practitioners in cases other than cases under this

title.11 U.S.C. § 330(a)(3).

See also In re Moukazis, 479 B.R. 247 (Bankr. E.D.N.Y. 2012); In re Wesseldine, 434 B.R. 31,

36 (Bankr. N.D.N.Y. 2010).

11.     Generally speaking, Bankruptcy courts conduct a three-step process in

determining the reasonableness of requests for compensation. First, the courts attempt to

ascertain the nature and extent of the services rendered by an applicant. Second, the courts

attempt to assess the value and quality of the services rendered by the applicant. Third, after a

review of the first two steps, the courts have fixed the reasonable amount of compensation.

12.     It is respectfully submitted that the Applicant has described the nature and extent

of the services performed on behalf of the Debtor in great detail.  In addition, because the

Applicant was required to assist the Debtor in preparing four loan modification applications in

order to obtain a permanent loan modification, the amount of services required was above

average for this type of consumer case.  The Applicant was able to eliminate the Debtor's

second mortgage lien and assist the Debtor in providing creditors with a substantial dividend.

As a result, it is respectfully submitted that the extent and quality of the work performed

warrants the Court's finding that the fees requested are reasonable and fair.

13.     The Applicant has not filed a prior application for fees in this case.

14.     The Debtor has reviewed and approved the requested amount.

### NOTICE

15.     Notice of this application has been provided to all interested parties, the Debtor,

the Chapter 13 trustee, and the United States Trustee.

**WHEREFORE**, the Applicant respectfully requests for the entry of an Order granting

5

Final Allowances to Ortiz & Ortiz, L.L.P., in the amount of $13,652.63 and no reimbursement of expenses for services rendered as attorneys for the Debtor in their Chapter 13 Proceedings during the period of April 18, 2018, to April 26, 2021, and permitting the Chapter 13 trustee to disburse to the Applicant the fees awarded by the court, and for such other and further relief as the Court may deem, just, proper and equitable.

Dated: April 26, 2021
      Queens, New York

                                    */s/Norma E. Ortiz*
                                    Norma E. Ortiz, Esq.
                                    Ortiz & Ortiz, L.L.P.
                                    35-10 Broadway, Suite 202
                                    Astoria, New York 11106
                                    Tel. (718) 522-1117
                                    Fax (718) 596-1302
                                    *Attorneys for the Debtor*

**EXHIBIT A**

Toni Simons  18-43991-jmm

| Item | Date | Description | hrs. | Rate | Total | Billed By |
|---|---|---|---|---|---|---|
| Email: Preparation, Review or Response | 4/23/2021 | Review and respond email from mortgagee about withdrawal of motion and new hearing date | 0.2 | 350 | 70 | NO |
| Document:  Draft, Revise or Review | 4/23/2021 | Prepare fee application | 1 | 350 | 350 | NO |
| Document:  Draft, Revise or Review | 4/23/2021 | Edit and finalize 9019 Motion | 0.4 | 350 | 140 | NO |
| Document:  Draft, Revise or Review | 4/12/2021 | Work on amended plan and proof of claim, fee off, and case conference. | 0.5 | 350 | 175 | NO |
| Telephone call or Text | 4/12/2021 | Spoke with Mike Cardoza regarding Motion to Vacate which they received in the mail.  Also let them know that the loan modification was countersigned. | 0.2 | 100 | 20 | CN |
| Document:  Draft, Revise or Review | 4/8/2021 | Worked on Motion to Approve Loan Mod, resolve objections, Amend plan to reflect the amount of money the Trustee is holding, fee app. Had to do a deep analysis of the money held by the trustee. | 6.7 | 100 | 670 | NS |
| Email: Preparation, Review or Response | 4/8/2021 | Email Peter Lawrence and ask if his client will accept payment under the plan.  Calculate the amount he would receive and respond to his email. | 0.2 | 350 | 70 | NO |
| Review/analyze | 4/5/2021 | Prepare for confirmation hearing; review filed plan to see if it should be changed; review fees and claims; respond to servicer's email about adjourning loss mit | 1 | 350 | 350 | NO |
| Appear or Attend Hearing or Meeting | 4/5/2021 | Attend hearing on MTD | 0.4 | 350 | 140 | NO |
| Document:  Draft, Revise or Review | 4/1/2021 | Prepare response to objection to confirmation. | 0.7 | 350 | 245 | NO |

| Activity | Date | Description | Hours | Rate | Amount | Flag |
|---|---|---|---|---|---|---|
| Review/analyze | 4/1/2021 | Prepare for confirmation hearing by reviewing claims, amount held by Trustee, terms of last plan, and information requested by Trustee. | 0.5 | 350 | 175 | NO |
| Email: Preparation, Review or Response | 3/31/2021 | Review emails between Mike and Norma; email the bank's attorney to know if they need the entire packet redone or just the page that needs the missing name. | 0.2 | 100 | 20 | CN |
| Communicate (other outside counsel) | 3/30/2021 | Look at plan, contacted Peter, again, to ask him to withdraw objection, worked on permanent loan mod motion 9019 and notice of presentment | 0.5 | 100 | 50 | NS |
| Document: Draft, Revise or Review | 3/22/2021 | Review loan mod offer and email terms to client. | 0.3 | 350 | 105 | NO |
| Email: Preparation, Review or Response | 3/16/2021 | FU on objection to plan re: Simons, objection should be withdrawn since second mortgage was discharged by court order. | 0.1 | 100 | 10 | NS |
| Document: Draft, Revise or Review | 3/9/2021 | Draft and file adjournment letter | 0.1 | 100 | 10 | CN |
| Email: Preparation, Review or Response | 3/4/2021 | Email bank's attorney regarding status of permanent loan modification. | 0.1 | 100 | 10 | CN |
| Document: Upload and Filing | 2/23/2021 | Draft letter of adjournment, file with court and email to chambers. | 0.2 | 100 | 20 | CN |
| Document: Draft, Revise or Review | 2/22/2021 | Prepare status report and request for adjournment, including checking status of payments and loan mod | 0.3 | 350 | 105 | NO |
| Document Review, Document Preparation | 2/10/2021 | Review all Loss Mitigation correspondence and draft a timeline of the same. | 1.5 | 100 | 150 | CN |
| Document Review, Document Preparation | 2/10/2021 | Work with Norma in Amending Schedule J and Ch. 13 plan; file | 2 | 100 | 200 | CN |
| Document upload and filing | 2/10/2021 | Draft letter of adjournment and file. | 0.2 | 100 | 20 | CN |
| Document: Draft, Revise or Review | 2/10/2021 | Fourth amended ch. 13 plan drafting and filing. | 0.7 | 350 | 245 | NO |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document: Draft, Revise or Review | 2/9/2021 | Draft and file adjournment letter | 0.1 | 100 | 10 | CN |
| Document: Draft, Revise or Review | 2/9/2021 | Simons- prove they are not in default, start fee app | 0.9 | 100 | 90 | NS |
| Document: Draft, Revise or Review | 1/13/2021 | Draft, file and email letter of adjournment. | 0.5 | 100 | 50 | CN |
| Document: Draft, Revise or Review | 1/12/2021 | Draft and file loss mitigation status report. | 0.3 | 100 | 30 | CN |
| Email: Preparation, Review or Response | 1/12/2021 | Email requesting consent from loan servicer to adjourn loss mit conference. | 0.1 | 100 | 10 | CN |
| Document: Draft, Revise or Review | 1/12/2021 | Loss mitigation status report draft and file | 0.4 | 350 | 140 | NO |
| Document: Draft, Revise or Review | 1/4/2021 | Draft and file adjournment letter | 0.1 | 100 | 10 | CN |
| Document: Draft, Revise or Review | 11/24/2020 | Forward approval letter of Loan Modification; confirm with bank's attorney that their is no signature needed. | 0.2 | 100 | 20 | CN |
| Telephone Call | 11/9/2020 | Called chambers for new date, was instructed to contact trustee for consent. Received consent, drafted and filed letter of adjournment. | 0.3 | 100 | 30 | CN |
| Time | 11/9/2020 | Multiple emails to Trustee and Bank's lawyer about no notification of hearing tomorrow; call with Chambers and get new date | 0.3 | 350 | 105 | NO |
| Email draft or response | 11/3/2020 | Forwarded banks letter to client | 0.1 | 100 | 10 | NS |
| Document Preparation | 10/23/2020 | Statement of Fees | 1.5 | 100 | 150 | NS |
| Email draft or response | 10/19/2020 | Emailed servicer's attorney regarding adjournment of loss mit conference. | 0.1 | 100 | 10 | CN |
| Telephone Call | 10/19/2020 | Judge Grossman's clerk called to let us know that the case will be reassigned to a Brooklyn judge, when that happens then we will be given the new date and time for the loss mit conference. | 0.2 | 100 | 20 | CN |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Preparation | 10/16/2020 | Review emails sent by servicer's attorney for information to draft status report; draft status report and email to Norma for review and consent to file | 0.3 | 100 | 30 | CN |
| File doc with court | 10/16/2020 | File status report | 0.2 | 100 | 20 | CN |
| Email | 10/16/2020 | Email chambers request for adjournment of loss mitigation hearing. | 0.1 | 100 | 10 | CN |
| Document Preparation | 10/16/2020 | Amend Status Report | 0.1 | 350 | 35 | NO |
| Document Review, Email draft or response, Doc | 10/13/2020 | Review chamber's rules and docket in order to request adjournment;email trustee re consent to adjourn;draft and file letter of adjournment | 0.5 | 100 | 50 | CN |
| Court- Filing | 10/13/2020 | Letter of adjournment | 0.1 | 100 | 10 | CN |
| Email draft or response | 10/13/2020 | Contacted court, bank and trustee to obtain consent fro adjournment | 0.3 | 100 | 30 | CN |
| Document Review, Document Preparation | 10/8/2020 | Review status of plan payments and status of loss mitigation, drafted status report and emailed to Norma for Review | 0.5 | 100 | 50 | CN |
| Document Review | 10/8/2020 | Revied and amended status report | 0.3 | 350 | 105 | NO |
| Document Review | 10/3/2020 | Review case to see what the status of the Loss Mit and MTD are | 0.1 | 100 | 10 | NS |
| Document:  Draft, Revise or Review | 9/15/2020 | Draft and file adjournment letter | 0.1 | 100 | 10 | CN |
| Email draft or response | 9/13/2020 | Contacted court, bank and trustee to obtain consent fro adjournment | 0.3 | 100 | 30 | CN |
| Time | 9/11/2020 | Letter of adjournment | 0.1 | 100 | 10 | CN |
| Document Preparation | 9/10/2020 | Look at outstanding issues with loss mit and confirmation. Draft status letter and filed it. | 0.4 | 350 | 140 | NO |
| Document Preparation | 8/20/2020 | Jacob - Simons Loss Mit | 1 | 100 | 100 | CN |
| Document Preparation | 8/19/2020 | Jacob - Simons Loss Mit Form Review | 0.8 | 100 | 80 | CN |

| | | | | | | |
|---|---|---|---|---|---|---|
| Email draft or response | 8/17/2020 | Responded to clients question on what had happened to their loan mod application. I explained that they had literally lost the papers. | 0.1 | 350 | 35 | NO |
| Document Review | 8/14/2020 | Review email on loan mod denial; ask for grounds for denial | 0.3 | 350 | 105 | NO |
| Document Preparation | 8/11/2020 | Jacob - Toni Simons - Loss Mit | 1.1 | 100 | 110 | CN |
| Court Appearance | 7/21/2020 | Attended hearing | 1 | 350 | 350 | NO |
| Communicate (other outside counsel) | 7/21/2020 | Spoke to Saniyyah about what happened at the hearing today. | 0.2 | 350 | 70 | NO |
| Document Preparation | 7/20/2020 | Discuss need for status report and review email with case history. Prepare status report and file it. | 0.3 | 350 | 105 | NO |
| Email draft or response | 7/20/2020 | Email court to confirm appearance on Simon's | 0.1 | 100 | 10 | CN |
| Email draft or response | 7/20/2020 | Put together documents for loss mit package and sent them to Kozeny. | 0.4 | 100 | 40 | NS |
| Email draft or response | 7/17/2020 | Responding to Kozeny, banks attorney, regarding status of the loss mit process | 0.5 | 100 | 50 | NS |
| Email draft or response | 7/16/2020 | Reached out to Kelly DeSousa to inquire upon the application status. | 0.1 | 100 | 10 | CN |
| Document:  Draft, Revise or Review | 6/25/2020 | Draft and file adjournment letter | 0.1 | 100 | 10 | CN |
| Email draft or response | 6/23/2020 | Contacted court, bank and trustee to obtain consent fro adjournment | 0.2 | 100 | 20 | CN |
| Email draft or response | 6/19/2020 | Contacted Kelly DeSousa to inquire upon status of loss mit | 0.3 | 100 | 30 | CN |
| Email draft or response | 6/19/2020 | Email to Kelly to inquire upon the status of the Loss Mit after both my paralegals told me they nothing had been happening for some time. | 0.2 | 350 | 70 | NO |
| Court Appearance | 6/4/2020 | Attended hearing | 0.4 | 350 | 140 | NO |
| Email draft or response | 6/3/2020 | Confirmed telephonic appearance by Norma | 0.1 | 100 | 10 | CN |
| Email draft or response | 5/26/2020 | Follow up on Loss Mit with banks counsel. | 0.1 | 100 | 10 | NS |

| | | | | | | |
|---|---|---|---|---|---|---|
| Court- Filing | 5/12/2020 | Letter of adjournment | 0.1 | 100 | 10 | CN |
| Email draft or response | 5/11/2020 | confirm adjournment via email | 0.2 | 100 | 20 | CN |
| Email draft or response | 5/11/2020 | Contacted court, bank and trustee to obtain consent fro adjournment | 0.3 | 100 | 30 | CN |
| Document:  Draft, Revise or Review | 5/8/2020 | Loss mitigation status report draft and file | 0.3 | 350 | 105 | NO |
| Email draft or response | 5/6/2020 | Follow up with Kelly DeSousa | 0.1 | 100 | 10 | NS |
| Email draft or response | 4/7/2020 | Emailed court and asked for an adjournment | 0.2 | 100 | 20 | CN |
| Time | 3/17/2020 | Loss mit | 0.4 | 350 | 140 | NO |
| Email draft or response | 3/16/2020 | Got information for telephonic appearance and passed it on. | 0.2 | 100 | 20 | CN |
| Email draft or response | 3/16/2020 | Contacted Ms. Leonard to request an adjournment | 0.1 | 100 | 10 | CN |
| Document:  Draft, Revise or Review | 3/16/2020 | Loss mitigation status report draft and file | 0.5 | 350 | 175 | NO |
| Email draft or response | 3/10/2020 | Contacted court, bank and trustee to obtain consent fro adjournment | 0.3 | 100 | 30 | CN |
| Email Preparation, Review or Response | 3/9/2020 | Emailed Kelly DeSousa to ask for update and possible consent on adjourning the next court date. | 0.1 | 100 | 10 | NS |
| Document Review | 2/27/2020 | Read trustee's MTD and text Norma the details. | 0.3 | 100 | 30 | CN |
| E-mail Communication | 2/4/2020 | faxed over the requested documents for the loss mit after several unsuccessful attempts to email them. | 0.2 | 100 | 20 | NS |
| E-mail Communication | 1/31/2020 | Sent Kelly DeSousa documents the client gave us to supplement what we had already given them. | 0.1 | 100 | 10 | NS |
| E-mail Communication | 1/30/2020 | Continued talking to Kelly DeSousa about the loss mit review request. She still didn't get the email with Attachments. Sent again. Asked clients for more docs to supplement what we had sent to be overly cautious. | 0.3 | 100 | 30 | NS |

| | | | | | | |
|---|---|---|---|---|---|---|
| E-mail Communication | 1/29/2020 | replied, throughout the day, to Kelly Desousa's emails regarding the loss mit review request that the client had submitted months ago. Kelly relayed a message from her client that they had terminated that request. Figured out that they had somehow not received the documents we had sent. I and Cynthia both re-sent them several times. | 0.7 | 100 | 70 | NS |
| E-mail Communication | 1/14/2020 | email trustee request for adjournment of confirmation hearing and motion to dismiss. | 0.1 | 100 | 10 | CN |
| Telephone Call | 1/6/2020 | call bank to obtain consent for adjournment of Loss Mit conference; email Tracie Leonard to request adjournment; file letter of adjournment and email letter to Tracie Leonard and new date information to bank. | 0.5 | 100 | 50 | CN |
| Meeting | 1/3/2020 | Staff meeting to make a plan of action | 0.1 | 350 | 35 | NO |
| Document Review | 12/18/2019 | review, redact and send additional documents to server's attorney for loss mit | 0.5 | 100 | 50 | CN |
| Document Review | 12/10/2019 | Reviewing documents they sent and making sure it is sufficient to comply with the demanded documents of the bank. | 0.2 | 100 | 20 | NS |
| Document Preparation | 11/20/2019 | draft and file letter confirming adjournment of Confirmation and Trustee's Motion to Dismiss | 0.25 | 100 | 25 | CN |
| Court Appearance | 11/14/2019 | Saxton - Loss Mit  by Saxton | 1 | 156 | 156 | CN |
| Telephone Call | 11/13/2019 | Communicate with bank's attorney about tomorrow's hearing and inability to move the hearing; prepare ward for the hearings | 0.2 | 350 | 70 | NO |
| Document: Draft, Revise or Review | 11/12/2019 | Draft and file status report | 0.4 | 350 | 140 | NO |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document:  Draft, Revise or Review | 10/22/2019 | draft and file letter of adjournment | 0.1 | 100 | 10 | CN |
| Court Appearance | 10/8/2019 | Saxton - Ward appearance:  change rate | 1 | 156 | 156 | CN |
| Document Preparation | 10/7/2019 | Prepare status report and file.  Email client with update (.3) | 0.3 | 350 | 105 | NO |
| Document:  Draft, Revise or Review | 8/14/2019 | draft and file letter of adjournment | 0.1 | 100 | 10 | CN |
| Court Appearance | 8/13/2019 | Court appearance by Saxton for Loss Mit | 1 | 156 | 156 | NO |
| Document Preparation | 8/12/2019 | Prepare Loss Mitigation and file with court. | 0.3 | 350 | 105 | NO |
| E-mail Communication | 6/25/2019 | Email trustee proof of tax refund; get adjourned date; communicate to debtor | 0.1 | 350 | 35 | NO |
| Court Appearance | 6/20/2019 | Prepare for and attend hearing.  Discuss objection with 2nd mortgagee and Debtor's failure to turnover 2018 tax return. | 2 | 350 | 700 | NO |
| E-mail Communication | 6/20/2019 | Emailed client regarding court appearance outcome  motion to dismiss granted  if 2018 taxes are given to the trustee by Wednesday 6/26/19 then they can proceed with the case. | 0.05 | 350 | 17.5 | NO |
| Court Appearance | 6/13/2019 | Court appearance by Saxton | 1 | 130 | 130 | NO |
| Document Review | 6/7/2019 | Review all emails from September of 2018 to now in reference to the loss mitigation. | 1 | 100 | 100 | CN |
| E-mail Communication | 6/7/2019 | Review file  all emails and correpondence  and prepare and file status report.  Email lawyer for services re: same | 0.7 | 350 | 245 | NO |
| Document Review | 5/14/2019 | Review loan modification denial history of case. | 0.3 | 350 | 105 | NO |
| Document:  Draft, Revise or Review | 5/1/2019 | draft and file letter of adjournment | 0.2 | 100 | 20 | CN |
| Document:  Draft, Revise or Review | 4/15/2019 | draft and file letter of adjournment | 0.2 | 100 | 20 | CN |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Preparation | 4/12/2019 | Martha - Review Feb 2019 Request for Mortgage Assistance (RMA); prepare for submission; email to loss mitigation point of contact (Jeremy Wolf); prepare status report; submit status report; email status report to loss mitigation point of contact (and request adjournment on consent). | 1.23 | 300 | 369 | mdj |
| Administrative Services | 3/4/2019 | Martha - Email to Loni Bragin from Macco's office requesting an adjournment of Toni Simons' confirmaiton hearing from Thursday 3/7; review response granting the adjournment; prepare letter of adjournment file letter with the court and forward filed copy to chambers. | 0.4 | 300 | 120 | mdj |
| Document Review | 2/26/2019 | Athena - Review and prepare a package to send to the trustee for loss mitigation. | 0.5 | 100 | 50 | ag |
| Document Review | 2/25/2019 | Athena - Review of the clients previous loan modification application and Bobby Rivera's notes to advise Cynthia what to explain to the client. | 0.2 | 100 | 20 | ag |
| Telephone Call | 2/20/2019 | Spoke with Tracie Leonard- she gave adjourned date for loss mitigation 4/16/19 at 12pm. | 0.1 | 100 | 10 | CN |
| Administrative Services | 2/19/2019 | Martha - Discuss next step in Loss Mitigation with Athena: we need to submit a new package to the servicer; review email sent by Athena and send additional email to the client with information of why we need an additional package. | 0.1 | 300 | 30 | mdj |
| E-mail Communication | 2/19/2019 | Athena - Email to the client with document request and loss mitigation application to resubmit. | 0.1 | 100 | 10 | ag |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Preparation | 2/14/2019 | Martha - Prepare status report for loss mitigation; file report with the court; email copy and request for adjournment of next week's loss mitigation hearing. | 0.6 | 300 | 180 | mdj |
| Document Review | 2/13/2019 | Martha - Review letter of explanation regarding Simons loss mitigation. | 0.2 | 300 | 60 | mdj |
| Document:  Draft, Revise or Review | 2/12/2019 | draft and file letter of adjournment | 0.1 | 100 | 10 | CN |
| E-mail Communication | 2/5/2019 | Martha - Review outlook to confirm that the letter of adjournment was filed  and emailed to the court.  The letter had been filed on Friday but the email had not been sent; emailed a copy of the letter to CEC_Hearings email. | 0.1 | 300 | 30 | mdj |
| Document Preparation | 2/1/2019 | Athena - Prepare and file a letter of adjournment of confirmation. | 0.2 | 100 | 20 | ag |
| E-mail Communication | 1/30/2019 | Athena - Email to the office of the trustee to request an adjournment of the confirmation hearing. | 0.1 | 100 | 10 | ag |
| Document Preparation | 1/24/2019 | Spoke with Tracie regarding adjournment- it was granted.Drafted and filed letter of adjournment. | 0.2 | 100 | 20 | CN |
| Administrative Services | 1/23/2019 | Athena - Advise Cynthia regarding the letter of adjournment regarding loss mitigation status conference. | 0.2 | 100 | 20 | ag |
| Document Preparation | 1/22/2019 | Draft status report and request to adjourn conference and email servicer re same.  Email chambers and request adjournment. | 0.4 | 350 | 140 | NO |
| E-mail Communication | 1/16/2019 | Martha - Review email response from servicer and respond with a request for more information. | 0.2 | 300 | 60 | mdj |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Preparation | 12/14/2018 | Martha - Prepare letter of adjournment of confirmation hearing; filing it with the court and updating our office calendar with new date in 2019. | 0.3 | 300 | 90 | mdj |
| E-mail Communication | 12/14/2018 | Athena - email client regarding adjournment of confirmation hearing. | 0.1 | 100 | 10 | ag |
| E-mail Communication | 12/14/2018 | Martha - Review and respond to email from Loni Bragin adjourning the confirmation hearing in Toni Simons to February. (No charge to client for this entry). | 0.05 | 0 | 0 | mdj |
| E-mail Communication | 12/14/2018 | Martha - Email to Toni and Mike regarding adjournment of court hearing and status of case. | 0.05 | 300 | 15 | mdj |
| Document Review | 12/13/2018 | Athena - Review email and documents from Wulf on behalf of the servicer and discuss with MDJ | 0.2 | 100 | 20 | ag |
| E-mail Communication | 12/13/2018 | Athena - Email Loni to confirm receipt of Mtg and plan in order to adjourn 12/20 confirmation hearing | 0.05 | 100 | 5 | ag |
| Administrative Services | 12/7/2018 | Martha - Discussion with Cynthia and Athena about moving Toni Simons case forward. Discuss response to Jeremy Wulf regarding adjourning loss mitigation hearing; discuss how to request adjournment from court for loss mitigation; discuss dates to make the adjournment; direct the request to trustee to adjourn the confirmation hearing for next week. | 0.2 | 300 | 60 | mdj |
| E-mail Communication | 12/7/2018 | Athena - Email office of the trustee to request adjournment of 12/20 confirmation to February date. | 0.05 | 100 | 5 | ag |

| | | | | | | |
|---|---|---|---|---|---|---|
| E-mail Communication | 12/7/2018 | Athena - Read and respond to email from Trustee regarding December plan payment from the Debtor. Attached copy of December plan payment dated 12/3/2018 provided by Debtor. | 0.05 | 100 | 5 | ag |
| E-mail Communication | 12/7/2018 | emailed Judge Craig's chambers to request adjournment on consent for loss mit status conference.  upon receipt of chamber's response selected a date and verified with Mr. Wulf. filed letter of adjournment and emailed same to Ms. Leonard with cc to Mr. Wulf. | 0.4 | 100 | 40 | CN |
| Document Preparation | 12/6/2018 | Martha - Preparation of Notice of Error for Toni Simons to SLS; discussion with CN regarding mailing. | 1 | 300 | 300 | mdj |
| Document Preparation | 12/6/2018 | Martha - Preparation of status report for Toni Simons with report of status of case for the court. | 0.3 | 300 | 90 | mdj |
| Document Preparation | 12/6/2018 | Martha - Filed loss mitigation status report for Toni Simons with the court. | 0.1 | 300 | 30 | mdj |
| E-mail Communication | 12/6/2018 | Martha - Emails to Jeremy Wulf with copies of the Notice of Error and status report for Toni Simons | 0.1 | 300 | 30 | mdj |
| E-mail Communication | 11/21/2018 | Athena - Email application  documents and trial modification approval to Roberto Rivera for review. | 0.1 | 100 | 10 | ag |
| Document Review | 11/15/2018 | Athena - Review loan mod approval and ask CN to forward to client. | 0.1 | 100 | 10 | ag |
| E-mail Communication | 11/14/2018 | Athena - Read and respond to clients email regarding court dates. | 0.15 | 100 | 15 | ag |
| Document Review | 11/9/2018 | review court change in claim status of 2nd mortgage to unsecured and email client explaining result | 0.1 | 350 | 35 | NO |

| Service | Date | Description | | | | |
|---|---|---|---|---|---|---|
| Document Review | 11/7/2018 | Athena - Review and upload 2015 and 2014 Tax transcripts to Macco. | 0.2 | 100 | 20 | ag |
| Document Review | 11/7/2018 | download 4 years of tax transcripts sent via email | 0.1 | 100 | 10 | CN |
| Document Review | 11/6/2018 | look through payments made to see if we received confirmation of November plan and mortgage payment | 0.05 | 100 | 5 | CN |
| E-mail Communication | 11/6/2018 | email Toni requesting proof of plan and mortgage payments for the month of November | 0.05 | 100 | 5 | CN |
| Administrative Services | 11/5/2018 | Athena - Review case status with Cynthia. Confirm adj. date of 11/15/2018 for confirmation. | 0.2 | 100 | 20 | ag |
| E-mail Communication | 11/5/2018 | email Toni and Mike date of next court appearance and request confirmation of plan and mortgage payments. | 0.05 | 100 | 5 | CN |
| Administrative Services | 10/30/2018 | Martha - Review adjournment of loss mitigation status hearing from November to December and updating the deadlines in the calendar. | 0.1 | 300 | 30 | mdj |
| E-mail Communication | 10/26/2018 | Martha - Rreview and respond to emails from Jeremy Wulf requesting our consent to adjourn loss mitigation status pending review of application. | 0.1 | 300 | 30 | mdj |
| Document Preparation | 10/24/2018 | Martha - Prepared lien strip order to allow for recording in ACRIS to remove 2nd lien against Toni Harris property. | 0.6 | 300 | 180 | mdj |
| Document Preparation | 10/24/2018 | Martha - Filing amended declaration of service of lien strip motion and uploaded proposed lien strip order. | 0.2 | 300 | 60 | mdj |
| Court Appearance | 10/23/2018 | Martha - Appearance at hearing to avoid 2nd lien for Toni Simons  motion granted  submit proposed order. | 0.5 | 300 | 150 | mdj |

| Document Preparation | 10/23/2018 | Martha - Prepare amended affidavit of service for Toni Simons motion to avoid 2nd lien. | 0.2 | 300 | 60 | mdj |
|---|---|---|---|---|---|---|
| Document Review | 10/19/2018 | Martha - Review of lien strip motion filed for Toni Simons; prepare email response for Tracie Leonard highlighting where the motion seeks to avoid the lien of the 2nd mortgagee. | 0.5 | 300 | 150 | mdj |
| E-mail Communication | 10/19/2018 | email Toni and Mike blank authorization form for Mike to fill out and return to us to send to bank for loss mit process. | 0.05 | 100 | 5 | CN |
| Document Review | 10/18/2018 | Martha - Review email from Tracie Leonard regarding misfiling of motion to reclassify and avoid lien for Toni Simons; review of motion filed by NEO. | 0.3 | 300 | 90 | mdj |
| E-mail Communication | 10/17/2018 | Martha - Email to Loni Bragin with copy of money order mailed to Trustee by regular mail and requesting adjournment of tomorrow's hearing. | 0.1 | 300 | 30 | mdj |
| Telephone Call | 10/17/2018 | Martha - Telephone call to Toni regarding adjourning Toni Simons; Toni needs certified funds for the October 2018 mortgage payment; discussed with NEO and CN  CN called and left message for Mike Cardoza regarding how he mailed the payment. | 0.2 | 300 | 60 | mdj |
| Telephone Call | 10/17/2018 | Martha - Telephone call to Loni Bragin following up on my request for an adjournment on Toni Simons. Left voicemail message. (No charge to client). | 0.1 | 300 | 30 | mdj |
| Telephone Call | 10/17/2018 | Martha - Telephone call with Loin from the trustee's office confirming that tomorrow's hearing has been adjourned to 11/15.  No charge to client. | 0.1 | 300 | 30 | mdj |

| | | | | | |
|---|---|---|---|---|---|
| Telephone Call | 10/16/2018 | Athena - VM left for client regarding mtg payment to  Trustee. | 0.01 | 100 | 1 | ag |
| Telephone Call | 10/16/2018 | Athena - Call with Mike regarding mtg payment in the form of certified funds to Macco. Send us proof of payment and we will attempt to adjourn. | 0.1 | 100 | 10 | ag |
| Document Preparation | 10/15/2018 | Athena - Amend and filed 3rd amended plan with court. | 0.3 | 100 | 30 | ag |
| Telephone Call | 10/12/2018 | Athena - Call with Cardoza regarding payment to the trustee  advised to send separate payments from regular plan payments | 0.05 | 100 | 5 | ag |
| Time | 10/11/2018 | Athena - Create declaration of service lien strip motion and file with the court | 0.3 | 100 | 30 | ag |
| Document Preparation | 10/10/2018 | Martha - Review deposits made into Escrow for Toni Simons   create escrow report  print checks to Macco for each monthly deposit in August and September;  finalize escrow report to save to client's file | 0.5 | 300 | 150 | mdj |
| Document Preparation | 10/9/2018 | Athena - Amend and review Sch I with MDJ and file with court and upload to Macco. | 0.3 | 100 | 30 | ag |
| Document Review | 10/9/2018 | Athena - Review with NEO where mtg payments should be going during conference call | 0.1 | 100 | 10 | ag |
| Court Appearance | 10/4/2018 | per diem - court appearance by Rachel Blumenfeld | 1 | 150 | 150 | NO |
| Document Preparation | 10/4/2018 | Athena - Make edits to lien strip motion as per NEO's notes | 1 | 100 | 100 | ag |
| Document Review | 10/4/2018 | Athena - Review Docket for SLS attorney contact information  review outstanding tasks in simons | 0.05 | 100 | 5 | ag |
| Document Review | 10/4/2018 | lien strip motion - amend | 0.6 | 350 | 210 | NO |

| | | | | | | |
|---|---|---|---|---|---|---|
| E-mail Communication | 10/4/2018 | Athena - Email Tracie Leonard and Lenders counsel regarding adjournment for 11/6 | 0.15 | 100 | 15 | ag |
| Telephone Call | 10/2/2018 | Athena - Call with Cardoza regarding confirmation hearing status  specifically billing and mortgage payment | 0.2 | 100 | 20 | ag |
| Document:  Draft, Revise or Review | 10/2/2018 | Loss mitigation status report, draft and file. | 0.2 | 350 | 70 | NO |
| Telephone Call | 10/1/2018 | Athena - Returned Mike's call  let voicemail | 0.05 | 100 | 5 | ag |
| Telephone Call | 10/1/2018 | telephone call with Mike Cardoza- he wanted to know what documents are still being requested by the trustee and where he should send the mortgage payments. | 0.2 | 100 | 20 | CN |
| Document Preparation | 9/27/2018 | Athena - Lien stripping motion for 2nd mortgage | 1.5 | 100 | 150 | ag |
| Document Preparation | 9/20/2018 | draft and file declaration of service on 2nd amended plan | 0.17 | 100 | 17 | CN |
| Document Preparation | 9/20/2018 | process mailing 2nd amended plan | 0.5 | 100 | 50 | CN |
| Document Preparation | 9/19/2018 | prepare mailing for 2nd amended plan to be served. | 1 | 100 | 100 | CN |
| Document Preparation | 9/19/2018 | request from Toni June-September bank statements pages 1 & 2  request signature for 3rd amended plan.  Print  redact  scan  save and upload additional bank statement pages requested.  Review plan to understand corrections requested by Trustee on part 3.3 and part 5. Draft summary of case activity for Rachel Berkowitz. | 3 | 100 | 300 | CN |
| Document Preparation | 9/19/2018 | Prepare lien strip motion - draft | 0.8 | 350 | 280 | NO |

| | | | | | |
|---|---|---|---|---|---|
| Document Review | 9/19/2018 | Athena - Review  scan and file complete loan modification package  email package to the bank for review. | 0.2 | 100 | 20 | CN |
| Document Review | 9/19/2018 | Review claims filed (.2) Drafted lien strip motion (.8) Communicated with Trustee's paralegal about missing documents 3 times and provided same (.3) Reviewed final loss mit package and compare against schedules (.3) Outlined and summarized outstanding issues for confirmation and motion to dismiss (.4) | 2 | 350 | 700 | NO |
| Document:  Draft, Revise or Review | 9/19/2018 | Amended and filed Ch. 13 plan | 0.4 | 350 | 140 | NO |
| Document Preparation | 9/18/2018 | File Amended plan  upload to Macco missing bank statements  July water bill and amended plan. | 0.17 | 100 | 17 | CN |
| Document Preparation | 9/18/2018 | print  redact and save missing bank statements. | 0.5 | 100 | 50 | CN |
| Document Review | 9/17/2018 | download missing bank statement pages that Mike emailed  save in drop box. | 0.05 | 100 | 5 | CN |
| E-mail Communication | 9/17/2018 | emailed Toni and Mike regarding missing bank pages. | 0.05 | 100 | 5 | CN |
| E-mail Communication | 9/17/2018 | Email requesting signature on amended plan. | 0.05 | 350 | 17.5 | NO |
| Document Preparation | 9/13/2018 | print documents missing for trustee - review with Martha for her submission | 0.33 | 100 | 33 | CN |
| Document Preparation | 9/13/2018 | Review loss mitigation application and put together with missing documents  let client know we are missing one final document the 4506-T form. | 0.33 | 100 | 33 | CN |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Preparation | 9/13/2018 | Martha - Prepare and file response to Motion to Dismiss filed by the Trustee for failure to provide documents. (Total time spent on reviewing file and filing documents was 2.1 only billing client for 1.2). | 1.2 | 300 | 360 | mdj |
| Document Preparation | 9/13/2018 | Martha - Prepared claim analysis  amended chapter 13 plan to include changes requested by trustee and to a lien strip the 2nd mortgage; and amend Schedule I to change description of the money received from Mike. | 0.8 | 300 | 240 | mdj |
| E-mail Communication | 9/13/2018 | Martha - Email to Toni Simons requesting all pages of her bank accounts to provide to the trustee. Reminded client of her court hearing next week. | 0.1 | 300 | 30 | mdj |
| E-mail Communication | 9/13/2018 | Martha - Email to Toni and Mike asking for the review and approval of amended plan and schedule I. | 0.1 | 300 | 30 | mdj |
| Telephone Call | 9/13/2018 | Spoke with Mike regarding the two pages of the loss mit application that need to be corrected and resent to us. | 0.03 | 100 | 3 | CN |
| Telephone Call | 9/12/2018 | spoke with Toni - informed her of the corrected information we need for the loss mit application.  Requested missing information for the Confirmation hearing.  Reminded her of the mortgage payment for the month of September. | 0.25 | 100 | 25 | CN |
| Document Preparation | 9/11/2018 | download loss mit application to send to client review with Martha | 0.33 | 100 | 33 | CN |
| Document Review | 9/11/2018 | Martha - Review completed request for loan modification sent by client and make comments of the information that we need to move forward. | 0.4 | 300 | 120 | mdj |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Review | 9/11/2018 | Martha - Meet with Cynthia to discuss the changes that need to made for Toni Simons' loan modification application for her to send to client. | 0.2 | 300 | 60 | mdj |
| Document Review | 9/11/2018 | Martha - Reviewed outstanding tasks and discuss what the next steps are with Norma. | 0.2 | 300 | 60 | mdj |
| Document Review | 9/10/2018 | review loss mit order for next steps. | 0.08 | 100 | 8 | CN |
| Administrative Services | 9/7/2018 | Athena - Review loss mit order and enter date of Status Conference. | 0.1 | 100 | 10 | ag |
| Document Preparation | 9/7/2018 | Athena - Run DMM loan mod application software  enter all clients information and generate forms | 0.75 | 100 | 75 | ag |
| Document Review | 9/7/2018 | Athena - Review loss mit application provided by client and give to Norma for additional review. | 0.05 | 100 | 5 | ag |
| Document Preparation | 8/29/2018 | Athena - Prepare and email declaration of contribution to client. | 0.1 | 100 | 10 | ag |
| Document Review | 8/29/2018 | Athena - review loan mod application sent by client via email | 0.1 | 100 | 10 | ag |
| Telephone Call | 8/29/2018 | Athena - with Mike Cardoza regarding loan mod application from SLS  advised client to complete and send back to our office. | 0.08 | 100 | 8 | ag |
| Telephone Call | 8/29/2018 | Athena - Call with client to review completion of loan mod request form. | 0.3 | 100 | 30 | ag |
| Document Preparation | 8/23/2018 | Martha - Upload requested documents to Macco for Toni Simons; and started to redact Wage and Income IRS Transcripts; create list of documents requested by Trustee. | 1 | 300 | 300 | mdj |
| Document Review | 8/22/2018 | Athena - Review appraisal sent for Foch property | 0.1 | 100 | 10 | ag |

| | | | | | | |
|---|---|---|---|---|---|---|
| E-mail Communication | 8/21/2018 | Email appraiser about price; speak to Mike about tax transcripts. | 0.1 | 350 | 35 | NO |
| Appear or Attend Hearing or Meeting | 8/20/2018 | Meeting of creditors | 0.4 | 350 | 140 | NO |
| Document Review | 8/16/2018 | Martha - Reviewed list of documents that Ch 13 trustee requested from us.  Prepared an email to client with the information that we need from them by next week 8/23/18. | 0.4 | 300 | 120 | mdj |
| Court Appearance | 8/15/2018 | Martha - Appearance at 341 Meeting for Toni Simons.  Meeting held by Peter Corey and closed with request for documents due by 8/23/2018. | 1.4 | 300 | 420 | mdj |
| Document Preparation | 8/13/2018 | Martha - Upload documents to Macco for 341 Meeting; redact all personal information from taxes  bank statements  paystubs  and utility bills  using Trustee's webportgal | 2 | 300 | 600 | mdj |
| Document Preparation | 8/10/2018 | Athena - File DSO | 0.1 | 100 | 10 | ag |
| Document Preparation | 8/10/2018 | Athena - File Amended plan | 0.1 | 100 | 10 | ag |
| Document Preparation | 8/10/2018 | Printing and preparation of mailing for amended plan. | 1 | 100 | 100 | CN |
| Document: Draft, Revise or Review | 8/10/2018 | Amended and filed Ch. 13 plan | 0.5 | 0 | 0 | NO |
| Document Review | 8/9/2018 | Review proof of claim for 2nd mortgage and check claim of title | 0.3 | 350 | 105 | NO |
| Document Preparation | 8/8/2018 | Athena - Print plan and prepare mailing | 0.7 | 100 | 70 | ag |
| Document Preparation | 8/8/2018 | Athena - Amend Plan  Sch I  & J  and declaration of contribution as per client meeting with Norma | 0.5 | 100 | 50 | ag |
| Meeting | 8/8/2018 | Meeting with client schedule and document review  341 meeting Prep | 1 | 350 | 350 | NO |
| Document Preparation | 8/3/2018 | Athena - Print and review documents for package to trustee. Prepare package and send. | 0.5 | 100 | 50 | mdj |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Preparation | 8/3/2018 | Martha - Prepare mailing to Trustee with copy of Debtor's documents and create list of tasks to follow up. | 0.77 | 300 | 231 | mdj |
| Document:  Draft, Revise or Review | 7/25/2018 | Martha - Prepare plan for Toni Simons for EDNY; calculate waterfall to enter estimated loan modification information into plan; format plan from the EDNY to include the information for Toni Simons; review FreddieMac and FannieMae records to find out if this is a GSE loan;  review proof of claim and original mortgage for details for the waterfall; email to Norma with questions about the plan; preparation of request for loss mitigation; and email to Toni with both the plan and request for loss mitigation for her to sign and send back to me. | 1.5 | 300 | 450 | mdj |
| E-mail Communication | 7/13/2018 | Athena - Read and reply to clients email confirming the sale on the property was stopped. | 0.1 | 100 | 10 | ag |
| Time | 7/13/2018 | Stop of sale | 0.03 | 350 | 10.5 | NO |
| Document Preparation | 7/12/2018 | Martha - Review email from court regarding filing deficiencies; prepare missing schedules and file same with the court. | 0.2 | 300 | 60 | mdj |
| Document Preparation | 7/11/2018 | Athena - Make final changes to schedules for MDJ review and Client approval. | 0.2 | 100 | 20 | CN |
| Document Preparation | 7/11/2018 | Martha - Prepare and email chapter 13 plan for Toni Simons to review and sign. | 0.1 | 300 | 30 | mdj |
| Document Preparation | 7/11/2018 | Martha - Filed petition and schedules with the court for Toni Simons. | 0.5 | 300 | 150 | mdj |
| Document Review | 7/11/2018 | Martha - Review updated petition and schedules of Toni Simons and give final changes for Athena to make. | 0.2 | 300 | 60 | mdj |

| | | | | | | |
|---|---|---|---|---|---|---|
| Document Review | 7/11/2018 | Martha - Final Review of petition and schedules for Toni Simons. | 1.2 | 300 | 360 | mdj |
| E-mail Communication | 7/11/2018 | Athena - Email to client with Bankruptcy Filing Confirmation | 0.05 | 100 | 5 | CN |
| Telephone Call | 7/11/2018 | Athena - Approval of Petition & Schedules Signing or plan | 0.1 | 100 | 10 | CN |
| Document Preparation | 7/10/2018 | Athena - Begin to prepare petition and schedule for filing. | 0.2 | 100 | 20 | CN |
| Document Review | 7/10/2018 | Athena - Review documents emailed on 7/9/18 and organize and file them in to the appropriate folders. | 0.2 | 100 | 20 | CN |
| Document Review | 7/10/2018 | Martha - Review petition and schedules of Toni Simons and give updates for Athena to make. | 0.3 | 300 | 90 | mdj |
| Telephone Call | 7/9/2018 | Athena - AVG: Client authentication to pull credit report | 0.2 | 100 | 20 | CN |
| Telephone Call | 7/5/2018 | Athena - AVG: Credit Report and required documents | 0.2 | 100 | 20 | CN |
| Telephone Call | 4/27/2018 | Martha - Telephone call with Michael Cardoza. He called to confirm that Toni's home was not listed for auction today and that the case didn't appear in the list of the cases going forward today. I told him that it was better to be safe than sorry and he said that he appreciated our warnings and concerns related to their case. | 0.1 | 300 | 30 | mdj |
| E-mail Communication | 4/26/2018 | Martha - Email to Toni and Michael confirming our telephone conversations and her decision to not file for bankruptcy. | 0.1 | 300 | 30 | mdj |
| Meeting | 4/26/2018 | Martha - Meeting with client to prepare and review POA and documents needed for bankruptcy. | 0.3 | 300 | 90 | mdj |

| | | | | | | |
|---|---|---|---|---|---|---|
| Telephone Call | 4/26/2018 | Martha - Multiple telephone calls with Michael Cardoza  Toni Simons  and Norma Ortiz regarding results of their pro se appearance in Queens county related to the sale of the property.  I was concerned that they didn't have anything in writing canceling tomorrow's auction sale.  Toni ultimately decided not to file bankruptcy and instead Mike would go to court in the morning to ensure that the property was not sold. | 0.6 | 300 | 180 | mdj |
| Document Preparation | 4/19/2018 | prepare retainer and initial filing documents | 0.3 | 350 | 105 | NO |
| Meeting | 4/18/2018 | first consult | 1 | 250 | 250 | NO |
| | | | 101.71 | | $20,556.50  USD | |

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re

TONI G. SIMONS,                                              Case No. 18-43991  (JMM)


                                   Debtor.              Chapter 13


--------------------------------------------------------X

## CERTIFICATION

     1.      I hereby certify that I am the professional with the responsibility for ensuring compliance with the Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases.

     2.      I have read the application and to the best of my knowledge, information and belief formed after reasonable inquiry, the application complies with the most of the mandatory guidelines.  Because of the nature of our billing software, the project category requirement may not be fully compliant.

     3.      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought and fall with in these guidelines.  The applicant does not profit from any expense billed to the estate.

     4.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the applicant and generally accepted by the applicant's clients.

     5.      A copy of this application has been served upon the Chapter 13 Trustee, the U.S. Trustee and the Debtor.  At this time, I do not know if the Debtor or the Chapter 13 Trustee consents to the Applicant's request.

     I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: New York, New York
      April 26, 2021

                                 __/s/ Norma E. Ortiz_____
                                 Norma A. Ortiz

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
  In re

  TONI G. SIMONS,                          Case No. 1-18-43991-jmm

                                                     Chapter 13

                         Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL
### <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

Upon consideration of Application for Allowance of Final Compensation and

Reimbursement of Expenses (the "Application") for professional services rendered and expenses

incurred during the period commencing April 18, 2018, through April 26, 2021; and a hearing

having been held before this court to consider the Application on May 11, 2021; and notice

having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2);

and due consideration having been given to any responses thereto; and sufficient cause having

been shown therefor, it is hereby:

ORDERED that the Application is granted to the extent set forth in the attached

Schedule.

Dated: Brooklyn, New York
       May   , 2021

                                            _____
                                            Hon. Jil Mazer-Marino
                                            United States Bankruptcy Judge

Case No.: 1-18-43991-jmm                                              Schedule C
Case Name: Toni G. Simons,

## Chapter 13 **Fee Application**
Period: April 18, 2018through April 9, 2021

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Ortiz & Ortiz, LLP | $3,500 | $3,500 | $0 | $0 | $13,652.63 | 0.00 | $13,652.63 | $0.00 |