United States Bankruptcy Court

Eastern District of New York

| | |
|---|---|
| In re: | Case No. 18-43991-jmm |
| Toni G. Simons | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 30, 2021 | Form ID: 318 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Toni G. Simons, 167-24 Foch Blvd, Jamaica, NY 11434-1736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Macco | ecf@maccolaw.com  jzarrilli@maccolaw.com;maccocr82572@notify.bestcase.com |
| Norma E Ortiz | on behalf of Debtor Toni G. Simons email@ortizandortiz.com ortiznoticeme@gmail.com;bkcourt@gmail.com;ortiznr70019@notify.bestcase.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Peter Adel Lawrence | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the IndyMac Home Equity Mortgage Loan Asset-Backed Trust  Series 2006-H3 plawrence@sterneisenberg.com, bkecf@sterneisenberg.com |
| Sabita Hajaree-Ramsaran | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 shramsaran@km-law.com, nybk@km-law.com,Kozeny@ecf.courtdrive.com |
| Stacey Weisblatt | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the IndyMac Home Equity Mortgage Loan Asset-Backed Trust  Series 2006-H3 bkecf@sterneisenberg.com, bkecf@sterneisenberg.com |

Wesley T Kozeny

on behalf of Creditor Specialized Loan Servicing  LLC as servicer for Deutsche Bank National Trust Company, as Trustee for
GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1 Wesley.Kozeny@BonialPC.com,
nybk@km-law.com;Kozeny@ecf.courtdrive.com;Notices.Bonial@ecf.courtdrive.com

TOTAL: 7

Information to identify the case:

Debtor 1:    **Toni G. Simons**

First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court:    Eastern District of New York

Case number:    1–18–43991–jmm

Social Security number or ITIN:    xxx–xx–4139
EIN:    _ _–_ _ _ _ _ _ _

Social Security number or ITIN:    _ _ _ _
EIN:    _ _–_ _ _ _ _ _ _

Date case filed for chapter:    13    7/11/18

# NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE AND/OR CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certification About a Financial Management Course or Official Form 423 in accordance with Bankruptcy Rules 1007(c) **and/or** Certification Regarding Domestic Support Obligations pursuant to 11 U.S.C. Section 1328(a).

Unless the aforementioned Certificates are filed by September 13, 2021, this case may be closed with no discharge of debtor(s) having been entered.

**Notice is further given that:**

If the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: August 27, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer13.jsp** [Notice of No Certification About a Financial Management Course rev. 02/01/17]