**Fill in this information to identify the case:**

Debtor 1 — Toni G. Simons
aka Toni Gretchen Simons

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of New York
(State)

Case number    1-18-43991-jmm

# Form 4100R
# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** | **Statement / Response Date:** 09/03/2021 |

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 7754

**Property address:** 167-24 Foch Blvd
Number     Street

Jamaica, New York 11434
City     State     ZIP Code

| **Part 2:** | **Prepetition Default Payments** |

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

| **Part 3:** | **Postpetition Mortgage Payment** |

*Check one*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Toni G. Simons | Case number (if known) | 1-18-43991-jmm |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

a. Total postpetition ongoing payments due: (a) $3,491.97

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $3,491.97

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 08/01/2021
MM / DD / YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Natalie E. Lea         Date  09/03/2021
Signature

Print    Natalie E. Lea
         First Name   Middle Name   Last Name    Title  Authorized Agent for Specialized Loan Servicing, LLC

Company  Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  P.O. Box 9013
         Number      Street
         Addison, Texas 75001
         City              State              ZIP Code

Contact phone  (972) 643-6600      Email  POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 8, 2021 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Toni G. Simons
167-24 Foch Boulevard
Jamaica, NY 11434-1736

**Debtors' Attorney**
Norma E Ortiz
Ortiz & Ortiz LLP
35-10 Broadway
Suite 201
Astoria, NY  11106

**Chapter 13 Trustee**
Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, New York 11749

Respectfully Submitted,

/s/  Natalie E. Lea

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/18 | 04/01/21 | | | | | | | | | | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $19,998.19 | $0.00 | BEGINNING BAL |
| 07/17/18 | | | | | | | | | | -$3.29 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $20,001.48 | $0.00 | fee assessed |
| 07/17/18 | | | | | | | | | | -$1,270.00 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $21,271.48 | $0.00 | fee assessed |
| 07/17/18 | | | | | | | | | | -$50.00 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $21,321.48 | $0.00 | fee assessed |
| 07/17/18 | | | | | | | | | | -$81.47 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $21,402.95 | $0.00 | fee assessed |
| 07/30/18 | | | | | | | | | | -$3,977.50 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $25,380.45 | $0.00 | fee assessed |
| 07/30/18 | | | | | | | | | | -$0.68 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $25,381.13 | $0.00 | fee assessed |
| 08/02/18 | | | | | | | | | | -$860.00 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $26,241.13 | $0.00 | fee assessed |
| 08/24/18 | | | | | | | | | | -$2,795.00 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $29,036.13 | $0.00 | fee assessed |
| 08/24/18 | | | | | | | | | | -$4.76 | $279,813.25 | -$24,430.21 | $0.00 | $0.00 | $0.00 | $29,040.89 | $0.00 | fee assessed |
| 09/19/18 | | | | | | -$885.11 | | | | | $279,813.25 | -$25,315.32 | $0.00 | $0.00 | $0.00 | $29,040.89 | $0.00 | city tax |
| 11/19/18 | | | | | | -$1,211.00 | | | | | $279,813.25 | -$26,526.32 | $0.00 | $0.00 | $0.00 | $29,040.89 | $0.00 | Homeowners/Fire/Hazard Paid |
| 12/13/18 | | | | | | -$931.48 | | | | | $279,813.25 | -$27,457.80 | $0.00 | $0.00 | $0.00 | $29,040.89 | $0.00 | city tax |
| 03/12/19 | | | | | | -$931.48 | | | | | $279,813.25 | -$28,389.28 | $0.00 | $0.00 | $0.00 | $29,040.89 | $0.00 | city tax |
| 03/26/19 | | | | | | | | | | -$1,290.00 | $279,813.25 | -$28,389.28 | $0.00 | $0.00 | $0.00 | $30,330.89 | $0.00 | fee assessed |
| 03/26/19 | | | | | | | | | | -$2.89 | $279,813.25 | -$28,389.28 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | fee assessed |
| 06/21/19 | | | | | | -$915.68 | | | | | $279,813.25 | -$29,304.96 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 09/19/19 | | | | | | -$915.68 | | | | | $279,813.25 | -$30,220.64 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 11/18/19 | | | | | | -$1,253.00 | | | | | $279,813.25 | -$31,473.64 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Homeowners/Fire/Hazard Paid |
| 12/18/19 | | | | | | -$937.38 | | | | | $279,813.25 | -$32,411.02 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 03/19/20 | | | | | | -$937.38 | | | | | $279,813.25 | -$33,348.40 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 06/18/20 | | | | | | -$986.58 | | | | | $279,813.25 | -$34,334.98 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 09/17/20 | | | | | | -$986.58 | | | | | $279,813.25 | -$35,321.56 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 11/17/20 | | | | | | -$1,354.00 | | | | | $279,813.25 | -$36,675.56 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Homeowners/Fire/Hazard Paid |
| 12/08/20 | 07/01/12 | $1,730.00 | | $630.08 | $792.10 | $307.84 | | | | | $279,183.19 | -$36,367.72 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Post Petition Payment |
| 12/14/20 | | | | | | -$974.34 | | | | | $279,183.19 | -$37,342.06 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 01/11/21 | 08/01/12 | $1,730.00 | | $631.84 | $790.32 | $307.84 | | | | | $278,551.35 | -$37,034.22 | $0.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Post Petition Payment |

| Date Received | Contractual Due Date | Post Funds Received | Pre Funds Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Late Charges assessed or recovered | POST Suspense | PRE Suspense | Fee Recovered | Principal Balance | Escrow Balance | POST Suspense | PRE Suspense | Late Charge Balance | Fee Balance | POC Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/21 | | $1,730.00 | | | | | | $1,730.00 | | | $278,551.35 | -$37,034.22 | $1,730.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Debtor Payment to Suspense |
| 03/01/21 | | $1,730.00 | | | | | | | | | $278,551.35 | -$37,034.22 | $1,730.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Modification |
| 03/11/21 | | $1,730.00 | | | | | | $1,730.00 | | | $278,551.35 | -$37,034.22 | $3,460.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Debtor Payment to Suspense |
| 03/15/21 | | | | | | -$974.34 | | | | | $278,551.35 | -$38,008.56 | $3,460.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 03/15/21 | 09/01/12 | | | $633.40 | $788.76 | $344.11 | | -$1,766.27 | | | $277,917.95 | -$37,664.45 | $1,693.73 | $0.00 | $0.00 | $30,333.78 | $0.00 | Post Petition Payment |
| 04/13/21 | | $1,730.00 | | | | | | $1,730.00 | | | $277,917.95 | -$37,664.45 | $3,423.73 | $0.00 | $0.00 | $30,333.78 | $0.00 | Debtor Payment to Suspense |
| 04/22/21 | 10/01/12 | | | $635.19 | $786.97 | $344.11 | | -$1,766.27 | | | $277,282.76 | -$37,320.34 | $1,657.46 | $0.00 | $0.00 | $30,333.78 | $0.00 | Post Petition Payment |
| 06/18/21 | | | | | | -$1,043.76 | | | | | $277,282.76 | -$38,364.10 | $1,657.46 | $0.00 | $0.00 | $30,333.78 | $0.00 | city tax |
| 06/23/21 | (10/01/12) | | | -$635.19 | -$786.97 | -$344.11 | | $1,766.27 | | | $277,917.95 | -$38,708.21 | $3,423.73 | $0.00 | $0.00 | $30,333.78 | $0.00 | misapplication of funds reversal |
| 06/23/21 | (09/01/12) | | | -$633.40 | -$788.76 | -$344.11 | | $1,766.27 | | | $278,551.35 | -$39,052.32 | $5,190.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | misapplication of funds reversal |
| 06/23/21 | | | | $74,800.00 | | | | | | | $203,751.35 | -$39,052.32 | $5,190.00 | $0.00 | $0.00 | $30,333.78 | $0.00 | Modification |
| 06/23/21 | | | | -$152,269.08 | $84,897.28 | $37,034.22 | | | | $30,333.78 | $356,020.43 | -$2,018.10 | $5,190.00 | $0.00 | $0.00 | $0.00 | $0.00 | Modification |
| 07/02/21 | 04/01/21 | | | $384.45 | $890.05 | $454.94 | | -$1,729.44 | | | $355,635.98 | -$1,563.16 | $3,460.56 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/02/21 | 05/01/21 | | | $385.41 | $889.09 | $454.94 | | -$1,729.44 | | | $355,250.57 | -$1,108.22 | $1,731.12 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 07/02/21 | 06/01/21 | | | $386.37 | $888.13 | $454.94 | | -$1,729.44 | | | $354,864.20 | -$653.28 | $1.68 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |
| 08/17/21 | 07/01/21 | $1,730.00 | | $387.34 | $887.16 | $454.94 | | $0.56 | | | $354,476.86 | -$198.34 | $2.24 | $0.00 | $0.00 | $0.00 | $0.00 | Post Petition Payment |